# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERNEST HUNKELE, | ) |
| | ) Civil Action No. 11-178 |
| Petitioner, | ) |
| | ) |
| v. | ) District Judge Terrence F. McVerry |
| | ) |
| JACK KERESTES, Superintendent; THE DISTRICT ATTORNEY OF ALLEGHENY COUNTY; and the ATTORNEY GENERAL FOR THE STATE OF PENNSYLVANIA, | ) ) ) ) ) ) |
| Respondents. | ) |

**MEMORANDUM ORDER**

On December 16, 2010, the above captioned case was initiated by the filing of a Petition for Writ of Habeas Corpus (ECF No. 1) and was referred to a united states magistrate judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court for Magistrate Judges.

The magistrate judge filed a Report and Recommendation on January 25, 2012 (ECF No. 18) recommending that the Petition for Writ of Habeas Corpus be denied and that a certificate of appealability be denied. On February 16, 2012, Petitioner filed Objections to the Report and Recommendation (ECF No. 19). Petitioner's objections do not undermine the recommendation of the magistrate judge.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, and the Objections thereto, the following order is entered:

AND NOW, this 17th day of February, 2012:

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 18) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

s/ Terrence F. McVerry
Terrence F. McVerry
United States District Judge

Ernest Hunkele
EL-6182
SCI Mahanoy
301 Morea Road
Frackville, PA 17932